# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Michal Zakrzewski,

    Plaintiff(s),                                JUDGMENT IN A CIVIL CASE

vs.                                                3:10-cv-480
                                                    3:07-cr-166-1

USA,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 29, 2010 Order.

                                                            Signed: September 29, 2010

                                                            Frank G. Johns, Clerk
                                                            United States District Court